■ ANTHONY DEL MAR v. DAVID C. THOMPSON et al., as Commissioners of the Waterfront Commission of New York Harbor.— Motion to dispense with printing and for other relief granted to the extent of dispensing with the printing in the record of this proceeding the transcript of the testimony taken at the hearing before the Waterfront Commission of New York Harbor on condition that the original transcript of said testimony is filed with this court at the time of filing the printed record of the proceedings. The printed record and printed petitioner's points are to be served and filed on or before December 6, 1960, with notice of argument for the January 1961 Term of this court. Respondents' points are to be served and filed on or before December 22, 1960. The order of the Waterfront Commission of New York Harbor revoking petitioner's license is stayed pending the hearing and determination of this proceeding. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ MILDRED FRANKEL et al., v. THEODORE J. HAMM.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated November 14, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ DOROTHY SILVER v. BERTRAM S. SILVER.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.